# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

JEFFREY THOMAS
        Petitioner,

vs.                                  Docket No.: 4:08-CV-599 (CEJ)

UNITED STATES OF AMERICA
        Respondent.
_____/

## MOTION TO HOLD NOTICE OF APPEAL IN ABEYANCE PENDING RESOLUTION OF THE TIMELY FILED MOTION FOR RECONSIDERATION PURSUANT TO RULE 59(e)

COMES NOW, Jeffrey Thomas and request this Honorable Court hold the Notice of Appeal on the denial of the Title 28 U.S.C. § 2255 be held in abeyance pending resolution of the timely motion for reconsideration currently pending before this Court.

Although, Petitioner's motion for reconsideration was timely filed, Petitioner wishes to err on the side of caution and assure this Court that the notice of appeal was timely filed in the Clerks Office.

Accordingly, Petitioner requests that this Honorable Court will hold this timely filed Notice of Appeal in abeyance pending the resolution on the motion for reconsideration. *See Innovative Home Health Care, Inc.,*

*v. P.T-O.T. Association of Black Hills*, 141 F.3d 1284, 1286 (8th Cir. 1998)(timely filed Rule 59(3) motion to alter or amend the judgment tools the time for appeal)

Done this 10th, day of August 2009

Respectfully submitted,

*Jeffrey Thomas*
Jeffrey Thomas
Register No.: 30695-044
Federal Medical Center – Bluegrass
P.O. Box 14500
Lexington, Kentucky 40512

## CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this to: A. U. S. A. John Bodenhausen, 111 South 10th Street, Room 20.333, St. Louis, MO 63102 via the Federal Bureau of Prisons Legal Mail System with sufficient First Class Postage.

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 10th day of August 2009 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.

*Jeffrey Thomas*
Jeffrey Thomas
Register No.: 30695-044
Federal Medical Center – Bluegrass
P.O. Box 14500
Lexington, Kentucky 40512



Jeffrey Thomas - #30695-044
Federal Medical Center - Bluegrass
P.O. Box 14500
Lexington, KY 40512-4501

LEXINGTON KY 405
12 AUG 2009 PM 3 T

RECEIVED BY MAIL
AUG 14 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Office Of The Clerk
United States District Court
Eastern District Of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

63102+1125

RECEIVED
BY MAIL
AUG 1 4 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JEFFREY THOMAS
      Petitioner,

vs.                                Docket No.: 4:08-CV-599 (CEJ)

UNITED STATES OF AMERICA
      Respondent.

### NOTICE OF APPEAL

COMES NOW, Petitioner Jeffrey Thomas with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's Order entered on June 19, 2009.

Done this 10th, day of August 2009

Respectfully submitted,

*Jeffrey Thomas*
Jeffrey Thomas
Register No.: 30695-044
Federal Medical Center – Bluegrass
P.O. Box 14500
Lexington, Kentucky 40512

## CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this to: A. U. S. A. John Bodenhausen, 111 South 10th Street, Room 20.333, St. Louis, MO 63102 via the Federal Bureau of Prisons Legal Mail System with sufficient First Class Postage.

> I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this 10th day of August 2009 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System.
>
> *Jeffrey Thomas*
> Jeffrey Thomas
> Register No.: 30695-044
> Federal Medical Center – Bluegrass
> P.O. Box 14500
> Lexington, Kentucky 40512